IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIMINAL NO. 16-445 (PAD) |
| VICTOR BURGOS COTTO, | |
| Defendant. | |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Marcos E. López regarding the Rule 11 proceeding of defendant, Víctor Burgos-Cotto (Docket No. 8), to which no objections have been filed.  The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty.  The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Information.

The court notes that a Presentence Investigation Report was ordered (Docket No. 6).  The court will set the Sentencing Hearing in due course.

**SO ORDERED.**

In San Juan, Puerto Rico, this 13th day of September, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge